UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAROLD COURTNEY JARVIS,<br><br>   Petitioner,<br><br>   v.<br><br>MARCUS POLLARD,<br><br>   Respondent. | No.  2:20-cv-00480 KJM GGH P<br><br><br>ORDER |

Petitioner has requested an extension of time to file a response to the court's July 1, 2020 order.  Good cause appearing, IT IS HEREBY ORDERED that:

   1. Petitioner's request for an extension of time (ECF No. 15) is granted; and

   2. Petitioner shall file a response within twenty days from the date of this order.  No further extensions will be given.

Dated: August 7, 2020

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE